IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer Stansbury Koenig,

    Plaintiff(s),

vs.

University of Cincinnati, et al.,

    Defendant(s).

Case Number: 1:18cv792

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 31, 2019 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 14, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant UC's motion to dismiss (Doc. 7) is DENIED as MOOT.

IT IS SO ORDERED.

/s/ Susan J. Dlott
Judge Susan J. Dlott
United States District Court